(114 So. 631)

**MEINHARDT v. STATE.    (I Div. 733.)**

Court of Appeals of Alabama.    Nov. 29, 1927.

BRICKEN, P. J. This appellant was indicted, tried, and convicted of the offense of violating the state quarantine laws for live stock. The jury assessed a fine of $10, and judgment of conviction was accordingly pronounced and entered.

There is no bill of exceptions; the appeal is predicated upon the record proper. So far as the judgment of conviction is concerned, the cause will be affirmed; but, as there appears no sentence of the court relative to the costs incident upon the trial of this cause, it will of necessity be remanded for proper sentence. Code 1923, § 5291.

Affirmed. Remanded for proper sentence.